■ In the Matter of COALITION FOR THE HOMELESS et al., Appellants, v SHIRLEY A. JENSEN et al., Respondents.—Motion by the individual appellants on an appeal from a judgment of the Supreme Court, Orange County, dated November 2, 1992, for leave to vote in the general election on November 2, 1992.

Upon the papers filed in support of the motion and no papers having been filed in opposition thereto, it is,

Ordered that the motion is denied as academic in light of the determination by this court of the appeal. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.